UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
CHESTER DOMBROWSKI, et al.,

               Plaintiffs,

                                                 ORDER
  -against-                                05 CV 4604 (ILG) (SMG)

KMPS MORTGAGE WAREHOUSE INC.,
et al.,

               Defendants.
--------------------------------------------------------x
GLASSER, United States District Judge:

      In a Report and Recommendation dated July 12, 2007, Magistrate Judge Gold recommends that this action be dismissed without prejudice to plaintiffs' right to move to reopen on or before October 8, 2007, if the settlement agreement reached on that date has not by then been consummated. Objections, if any, were to be filed and served within ten days; and failure to do so may be regarded as a waiver of the right to appeal. As of this date, no objection has been filed.

      The Report and Recommendation is, after due consideration, hereby adopted in its entirety and the Clerk of Court is directed to dismiss the case.

      SO ORDERED.

Dated:     Brooklyn, New York
             August 8, 2007

                                            S/
                                           I. Leo Glasser